**No. 56856.**—Hahn & Wessel et al. *v.* United States, protests 258372–G, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

**No. 56857.**—J. J. Boll and Newark Electric Co., Inc. *v.* United States, protest 178282–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of ¼-watt or ½-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.

**No. 56858.**—F. A. MacCluer, Inc. *v.* United States, protest 140522–K (New York)-

Opinion by Johnson, J. From the evidence presented it was held that the goods not found in the cases at the time of examination at the importer's place of business were not landed. The collector was directed to reliquidate the entry, refunding duties taken upon the missing articles as follows: Braces, style No. 3116, 7½₂ dozen; style No. 3229, 5½₂ dozen; and style No. 3230, 9¹¹⁄₁₂ dozen; and belts, style No. 0494, 27⅔₂ dozen. (*United States* v. *Browne Vintners Co., Inc.*, 34 C. C. P. A. 112, C. A. D. 351, followed.)

September 9, 1952

**No. 56859.**—Esso Standard Oil Co. *v.* United States, protest 147875–K.—

—C. D. 1441. Motion of Government for rehearing denied.

September 10, 1952

**No. 56860.**—Walco Bead Co., Inc. *v.* United States, protest 151312–K.—

—C. D. 1445. Motion of Government for rehearing denied.